IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| SHARITY MINISTRIES, INC., et al., ) | Bankr. Case No. 21-11001-TMH |
| ) | Bankr. BAP No. 25-30 |
| Debtors. ) | |
| ) | |
| SHELLEY STEELE, et al., ) | |
| ) | Civil Action No. 25-987-CFC |
| Appellants, ) | (consolidated) |
| ) | |
| v. ) | |
| RON MOELLER, et al., ) | |
| ) | |
| Appellees. ) | |

## ORDER

At Wilmington this 9th day of September in 2025, having received a recommendation (D.I. 9) from Magistrate Judge Christopher J. Burke that this consolidated appeal be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court; it is HEREBY ORDERED that (1) the recommendation is adopted; and (2) the parties shall confer and jointly submit a proposed order to govern briefing on the merits no later than September 22, 2025.

_____
Chief Judge